## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

- ------------------------------------------------------------- x

CONSTANCE HENRY, on behalf of herself     :    Case no. 1:25-cv-1280
and all others similarly situated,     :
    :
    Plaintiffs,     :
    :    **NOTICE OF VOLUNTARY**
    v.     **DISMISSAL WITH**
    **PREJUDICE**

Madison Reed, Inc.,     :

    Defendant.     :
    :
    :
    :
    :

- ------------------------------------------------------------- x

     **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

     Dated: June 18, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law